AO 93 (Rev. 11/13) Search and Seizure Warrant *(Page 1)*

## UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE PREMISES KNOWN AND<br>DESCRIBED AS 3 OREGON TRAIL,<br>WATERFORD, NY 12188,<br>INCLUDING ANY LOCKED AND<br>CLOSED CONTAINERS AND CLOSED<br>ITEMS CONTAINED THEREIN | Case No.  1:18-MJ-164  (DJS)<br><br>SP #1 |

### SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of New York *(identify the person or describe the property to be searched and its given location)*:
Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   April 9, 2018
  *(not to exceed 14 days)*

☒  in the daytime 6:00 a.m. to 10 p.m.        ☐  at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Hon. Daniel J. Stewart.

☐   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐   for _____ days *(not to exceed 30)*.

☐   until, the facts justifying, the later specific date of   Click here to enter a date..

_____

AO 93 (Rev. 11/13) Search and Seizure Warrant *(Page 3)*

| Return |||
|---|---|---|
| Case No.:<br>1:18-MJ-164 (DJS) | Date & time warrant executed:<br>3/27/18 @ 7:00 AM | Copy of warrant & inventory left with: @ 3 Oregon Trail, Waterford, NY 12188 |
| Inventory made in the presence of: FBI TFO Charles Fontanelli<br>FBI SA Christopher Mills |||
| Inventory of the property taken and name of any person(s) seized:<br>Two FD-597 (receipts for property) attached containing inventory |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/06/18

*Michael Lever*

*Executing officer's signature*

FBI Special Agent Michael Lever

*Printed name and title*

FD-597 (Rev. 4-13-2015)                                                                 Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 50A-NY-2233091

On (date) 03/27/2018

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Nancy Salzman

(Street Address) 3 Oregon Trail

(City) Waterford, New York 12188

Description of Item (s): (1) Miscellaneous documents; (2) media storage tapes; (3) (i) white envelope containing United States currency ($2,770.00) and (ii) check; (4) portable file box with numerous folders; (5) yellow envelope containing United States currency ($700.00); (6) white envelope containing (i) check, (ii) Mexican currency (100 pesos), and United States currency ($8.00); (7) iphone black; (8) external hard drive (silver); (9) external hard drive (S/N 11539T2513Z1ZA8T0084XM); (10) Apple Airport extreme; (11) Kyocera cell phone (black); (12) Ipad black (S/N DLXLP42EFLMN); (13) Apple Mac Book Air (S/N C02LVFZ1F5V8); (14) Apple Mac Book (S/N C02PJ032G3QP); (15) Sandisk Cruzer Glide thumb drive (32GB); (16) ADATA UV150/64GB thumb drive; (17) Sony Recorder Micro SD (#1017315); (18) Samsung Galaxy Note 8 cell phone (IMEI # 358071080496994); (19) Apple Iphone (Model A1661); (20) HP Pavillion Slime Line P/C; Items labeled 21 & 22 were not collected at the scene; (23) Dell desktop with digital editing system; (24) Fujitsu external hard drive; (25) Mac Pro computer; (26) Canon Powershort camera; (27) Dell Inspiron 6000 laptop computer; (28) Dell Inspiron 5000E laptop computer; (29) Maxtor hard drive; (30) Lacie hard disk drive; (31) Maxtor removable hard disk drive; (32) Western digital hard drive; (33) Blackberry mobile device; (34) Kyocera mobile device; (35) Blackberry mobile device; (36) Sandisk thumb drive; (37) Imac computer (S/N W8602J61U2N); (38) Samsung mobile device (red); (39) Maxtor personal storage; (40) Ipod (S/N 2Z7120EMV9M); (41) Hard disk drive (S/N #FB5281DMFFFFK); (42) Hitachi hard disk drive (40GB); (43) Plumax external hard drive (S/N 00006965); (44) Two (2) external hard drives in enclosure; Item labeled number 45 was not collected at the scene; (46) ADF Technologies USB drive kit; (47) Swann HD video recorder (S/N 296500305170039); (48) ADT DVR (S/N 104810509507010142); (49) Seagate Backup Plus external hard drive (S/N NA7XR04M); (50) Western Digital Passport external hard drive (S/N WX31E92D9009); (51) 32GB thumb drive (purple); (52) PNY 64GB thumb drive (gray); (53) Toshiba 32GB thumb drive (white); (54) Staples Relay thumb drive blue; (55) Apple Time Capsule (S/N C86JLEPSDM73);

CONTINUED ON SECOND RECEIPT FOR PROPERTY (FD -597)

Received By: *[signature]* (Signature)        Received From: _____ (Signature)

Printed Name/Title: Michael Lever              Printed Name/Title: Nancy Salzman

FD-597 (Rev. 4-13-2015)

Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 50A-NY-2233091

On (date) 03/27/2018

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Nancy Salzman

(Street Address) 3 Oregon Trail

(City) Waterford, New York 12188

Description of Item(s): (56) United States currency ($1915.00); (57) Envelope containing: (i) Russian currency (60,000 roubles); (ii) Travelers checks (total value $2,180.00); (iii) Bank of America check; (58) Airport Time Capsule (S/N C86N236MF9H6); (59) Logitech thumb drive (black); (60) Verbatim thumb drive (purple); (61) Buffalo Drive Station (S/N 40181171200135); (62) Apple Ipad 64GB (S/N DLXFG829DJHH); (63) United States currency contained in shoe box ($390,180.00); (64) United States currency contained in shoe box ($15,637.00); (65) United States currency contained in bag ($109,727.00); (66) Folder labeled N-S-FT Commission containing documents; (67) Sandisk 32GB thumb drive; (68) LG cell phone (black) (S/N 711CQTB0025585); (69) Iphone (IMEI# 358755058634152); (70) Verbatim thumb drive (purple); (71) Transcend 4GB thumb drive; (72) Sandisk Cruzer 8GB thumb drive; (73) Lexar 16GB thumb drive (white); and (74) Targus thumb drive (silver) (S/N 0312007451).

Received By: _Michael Levy_ (Signature)

Received From: _____ (Signature)

Printed Name/Title: Michael Lever

Printed Name/Title: Nancy Salzman